IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. 3742503/9, 3742504/9, 3742505/9 & 3742506/9

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. ADAM MUSCARELLA,

Defendant.

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED VERBAL MOTION TO RESCHEDULE FURTHER PROCEEDINGS HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Reschedule Further Proceedings Hearing is **GRANTED**.

IT IS FURTHER ORDERED that the Further Proceedings Hearing is **RESCHEDULED** for May 23, 2013 at 3:00 p.m..

DATED: May 21, 2013.

BY THE COURT:

s/David L. West
**United States Magistrate Judge**

cc: David Greenberg
U. S. Attorney's Office, Durango

1